AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | FILED BY_____D.C. |
| v. | ) | MAY - 2 2022 |
| James Dazilme | ) | ANGELA E. NOBLE |
| | ) | CLERK U.S. DIST. CT. |
| | ) | S. D. OF FLA. - FT. LAUD. |

Case No.

22-6213-AOV

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____10/13/2021-11/30/2021_____ in the county of _____Broward_____ in the

_____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(a)(6) | Making false statements on an ATF Form 4473 |

This criminal complaint is based on these facts:

See attachment.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Vitti, Special Agent ATF

*Printed name and title*

Sworn to before me and signed via facetime/whatsapp.

Date: __May 2, 2022__

*Judge's signature*

City and state: _____Fort Lauderdele, Florida_____          Alicia O. Valle, United States Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION FOR A CRIMINAL COMPLAINT

I, Michael Vitti, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since approximately 2017. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of, and make arrests for, firearms offenses enumerated in Title 18 of the United States Code, and narcotics offenses including violations of Title 21 of the United States Code.

2.      This affidavit is being submitted in support of a criminal complaint which charges **James Dazilme** with violations of Title 18, United States Code, Section 922(a)(6) (providing false statements to a licensed firearm dealer).

3.      I submit this Affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, it does not include every fact known to me about this matter.

### PROBABLE CAUSE

4.      On November 01, 2021, Vivian RICHARDS flew into Detroit Metropolitan Wayne County Airport (DTW) in Michigan and rented a vehicle from Enterprise at approximately 1030 hours. While crossing the Blue Water Bridge checkpoint (Canada/United States Border) in Sarnia, Ontario, RICHARDS was referred for a secondary search. During the examination of RICHARDS' vehicle, authorities located two boxes in the trunk which contained approximately

56 handguns, 56 magazines, 100 rounds of ammunition, and 2 holsters. Approximately 46 firearms had obliterated serial numbers. Approximately 19 firearms recovered in the seizure were traced and identified James DAZILME as the initial purchaser.

5.     On November 08, 2021, ATF Special Agents visited a Federal Firearms Licensee (FFL) Pembroke Gun & Range after receiving a call regarding two individuals making suspicious firearm purchases on multiple dates. An on-duty manager advised the ATF officials that one of the individuals, later identified as James DAZILME, had purchased multiple firearms on October 25, 2021, and November 05, 2021. On November 8, 2021, DAZILME showed up at Pembroke Gun & Range with another individual who told the salesman he needed to buy eight (8) pistols. When asked which kind, the individual, later identified as JUDE COLIMON, began randomly selecting firearms from the gun display. COLIMON subsequently purchased 7 firearms on the same day. TFO Rivera later received surveillance video from Pembroke Gun & Range showing DAZILME and COLIMON in the store during the time of purchase.

6.     On December 1, 2021, SA Hayes and TFO Rivera conducted a recorded interview of DAZILME at Pembroke Gun & Range, located at 3130 SW 19th Street, Pembroke Park, Florida. DAZILME advised that he had been purchasing firearms for family members with a Concealed Weapon Permits (CWP) as gifts for the holiday season, and kept all the cases that the firearms were originally purchased in. DAZILME stated he previously purchased 16 firearms as gifts and approximately 30 firearms over the prior two months from various FFLs. Additionally, DAZILME informed SA Hayes and TFO Rivera that 15 firearms were stolen from his vehicle during a previous break-in.

7.     DAZILME later admitted that he had purchased the firearms on behalf of another individual, "Cut Throat." He described "Cut Throat" as a light skinned, Haitian male with dreads,

2

approximately 6'2" in height, and from the Little Haiti area of Miami, FL. DAZILME stated he conducted approximately four purchases of firearms for "Cut Throat". Although DAZILME admitted that had visited shooting ranges together he denied having a phone number for "Cut Throat." According to DAZILME, "Cut Throat" would meet him in person to provide money to purchase the requested firearms. "Cut Throat" paid DAZILME an additional $150 for each firearm transaction. DAZILME advised he had only known "Cut Throat" for approximately one year. DAZILME did not know why "Cut Throat" needed him to purchase the weapons. DAZILME did not know if "Cut Throat" had ever been to prison. DAZILME and "Cut Throat" last met in person on November 30, 2021, to transfer purchased firearms, however, DAZILME would not provide the location or method of communication.

8.    DAZILME informed SA Hayes and TFO Rivera that he advised COLIMON, a coworker, to purchase firearms on his behalf for the purpose of making money. DAZILME explained that he would provide the money for COLIMON to purchase the firearms for "Cut Throat". DAZILME would receive the firearms from COLIMON and then meet "Cut Throat" for the purpose of transferring the firearms. DAZILME would meet "Cut Throat" in Hollywood, FL on 441 (State Rd 7).

9.    According to DAZILME, he made approximately $15,000 purchasing firearms on behalf of "Cut Throat." Upon conclusion of the interview, SA Hayes and TFO Rivera went inside of FFL Pembroke Gun & Range to retrieve the ATF Form 4473 and sales paperwork associated with DAZILME's purchased firearms on December 01, 2021. The four firearms were subsequently seized and taken into ATF custody.

10.    On December 06, 2021, SA Hayes and TFO Rivera conducted a recorded interview with Jude COLIMON at his place of employment, Hallandale Auto Electric, located at 719 N.

3

Dixie Highway, Hallandale Beach, FL. COLIMON admitted that he purchased firearms for his half-brother, DAZILME, which he met approximately eight years prior. COLIMON advised he was provided $4,000 in cash and instructed by DAZILME to purchase 9mm pistols from AB Pawn & Gun in West Park, FL, and Pembroke Gun & Range.

11.     COLIMON recalled being told by DAZILME that he would make $150 per firearm purchased under his name and transferred to DAZILME. According to DAZILME, approximately 12-13 firearms were purchased during the two transactions and immediately transferred to DAZILME. COLIMON was aware the firearms being purchased were not for him but did not know to whom DAZILME transferred the firearms. COLIMON also admitted to providing an incorrect address on both ATF Form 4473s during the purchase of the firearms. COLIMON explained that he purchased the firearms for DAZILME because he needed money for the holidays.

12.     SA Vitti and ATF SA Jennifer Bedford conducted a review of firearm purchases associated with COLIMON and DAZILME through ATF firearm traces, multiple sale reports, and ATF Form 4473s. The agents observed the following:

13.     COLIMON and DAZILME checked "yes" on block 21(a) of the ATF Form 4473s and designated themselves as the actual transferee/buyer of the firearms listed.

14.     COLIMON conducted two multiple sale transactions between October 27, 2021, and November 08, 2021. A total of 13 firearms were purchased with no known recoveries.

15.     DAZILME conducted 18 multiple sale transactions between October 13, 2021, and November 30, 2021. A total of 87 firearms were purchased, including 20 firearms recovered in Canada and an additional 4 firearms seized and in ATF custody. The time-to-crime ranged from 16 days to 67 days meaning, the time the firearm was purchased to the day it was recovered by law enforcement in connection to a crime.

## CONCLUSION

16.    Based on the aforementioned facts, I respectfully submit that there is probable cause

to support the arrest of JAMES DAZILME with violation of Title 18, United States Code, Section

922(a)(6) (providing false statements to a licensed firearm dealer).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Respectfully submitted,

Michael Vitti, Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives (ATF)

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by
FaceTime, on this 2nd day of May 2022, at
Fort Lauderdale, Florida

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE