UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60106-CR-SINGHAL/SNOW

18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(a)(1)(A)

UNITED STATES OF AMERICA

vs.

JAMES DAZILME,

Defendant.
_____/

FILED BY _____ D.C.

MAY 19 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### False Statement to a Firearms Dealer
### (18 U.S.C. § 922(a)(6))

On or about October 12, 2021, in Broward County, in the Southern District of Florida, the defendant,

### JAMES DAZILME,

in connection with the acquisition of a firearm, that is, one (1) Glock pistol, model 43, 9MM caliber, bearing serial number BUTZ041, from a federally licensed firearms dealer, AB-Pawn and Gun Inc., did knowingly make a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale and other disposition of such firearm, in that, the defendant stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was the actual buyer of the firearm, when in truth and fact, and as the defendant then and there well knew, he was purchasing the firearm for another person, in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 2
### False Statement in Required Information Kept by a Firearms Dealer
### (18 U.S.C. § 924(a)(1)(A))

On or about October 12, 2021, in Broward County, in the Southern District of Florida, the defendant,

**JAMES DAZILME,**

did knowingly make a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of AB-Pawn and Gun Inc., a federally licensed firearms dealer, in that, the defendant stated in Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 that the defendant was the actual buyer of the firearm, when in truth and in fact, and as the defendant then and there well knew, he was acquiring the firearm on behalf of another person, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3
### False Statement to a Firearms Dealer
### (18 U.S.C. § 922(a)(6))

On or about October 13, 2021, in Broward County, in the Southern District of Florida, the defendant,

**JAMES DAZILME,**

in connection with the acquisition of a firearm, that is, one (1) Glock pistol, model 43, 9MM caliber, bearing serial number AFVR032, from a federally licensed firearms dealer, LT Defense LLC d/b/a "Tactical Weapons," did knowingly make a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale and other disposition of such firearm, in that, the defendant stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was the actual buyer of the firearm, when in truth and fact, and as the defendant then and there well knew, he was purchasing the firearm for another

person, in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 4
### False Statement in Required Information Kept by a Firearms Dealer
### (18 U.S.C. § 924(a)(1)(A))

On or about October 13, 2021, in Broward County, in the Southern District of Florida, the defendant,

**JAMES DAZILME,**

did knowingly make a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of LT Defense LLC d/b/a "Tactical Weapons," a federally licensed firearms dealer, in that, the defendant stated in Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 that the defendant was the actual buyer of the firearm, when in truth and in fact, and as the defendant then and there well knew, he was acquiring the firearm on behalf of another person, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 5
### False Statement to a Firearms Dealer
### (18 U.S.C. § 922(a)(6))

On or about October 16, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JAMES DAZILME,**

in connection with the acquisition of a firearm, that is, one (1) Glock pistol, model 26, 9MM caliber, bearing serial number BTHB883, from a federally licensed firearms dealer, AIEC Inc. d/b/a "Charlies International Armory," did knowingly make a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale and other disposition of such firearm, in that, the defendant stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was the actual buyer of the firearm, when in truth

and fact, and as the defendant then and there well knew, he was purchasing the firearm for another person, in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 6
### False Statement in Required Information Kept by a Firearms Dealer
### (18 U.S.C. § 924(a)(1)(A))

On or about October 16, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JAMES DAZILME,**

did knowingly make a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of AIEC Inc. d/b/a "Charlies International Armory," a federally licensed firearms dealer, in that, the defendant stated in Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 that the defendant was the actual buyer of the firearm, when in truth and in fact, and as the defendant then and there well knew, he was acquiring the firearm on behalf of another person, in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
M. CATHERINE KOONTZ
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: _____

v.

JAMES DAZILME,

_____/

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☑ FTL
- ☐ WPB

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of New Counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect: _____

4. This case will take **3** days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)
   - I  ☑ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes, Magistrate Case No. **22-mj-06213-AOV**

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of **5/10/2022**

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) **No**

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: _____
M. Catherine Koontz
Assistant United States Attorney
Court ID No.    A5501929

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JAMES DAZILME,

**Case No**: _____

Count 1,3,5

False Statement to a Firearms Dealer

18 U.S.C. § 922(a)(6)
* **Max. Term of Imprisonment:** 10 years
* **Min. Term of Imprisonment:** None
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count 2,4,6

False Statement in Required Information kept by a Firearms Dealer

18 U.S.C. § 924(a)(1)(A)
* **Max. Term of Imprisonment:** 5 years
* **Min. Term of Imprisonment:** None
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

Revised 5/16/2022